**SEALED**

McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
APR 30 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:18-SW-406 CKD

| In the Matter of the Search of: | CASE NO. |
|---|---|
| INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT WITH USERNAME "RICHCITYCRACKA" THAT IS STORED AT PREMISES CONTROLLED BY INSTAGRAM, LLC AND FACEBOOK INC. | [~~PROPOSED~~] ORDER COMMANDING INSTAGRAM, LLC AND FACEBOOK INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |
| | **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding INSTAGRAM, LLC AND FACEBOOK INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the attached warrants for 180 days from this order, subject to further extension by the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrants will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that INSTAGRAM, LLC AND FACEBOOK INC. shall not disclose the existence of the attached warrants or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court,

for a period of 180 days from the date of this order, except that INSTAGRAM, LLC AND FACEBOOK INC. may disclose the attached warrant to an attorney for INSTAGRAM, LLC AND FACEBOOK INC. for the purpose of receiving legal advice. The Government may seek an extension of this non-disclosure period on a showing of cause.

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 4/30/2018

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE