McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
APR 30 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT WITH USERNAME "RICHCITYCRACKA" THAT IS STORED AT PREMISES CONTROLLED BY INSTAGRAM, LLC AND FACEBOOK INC.

CASE NO. 2:18-SW-406 CKD

SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 4/30/2018

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE